FILED - GR
April 19, 2011 1:45 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:____dmh____/_____

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

USM-WMI'11MAR31PM 2:06

United States of America
v.
Willie Holmes

Defendant

Case No. 1:11-cr-98
Robert J. Jonker
U.S. District Judge

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* WILLIE HOLMES,
who is accused of an offense or violation based on the following document filed with the court:

2070856

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to distribute and possess with intent to distribute marijuana;
Possession with intent to distribute marijuana.

Date: 03/31/2011

*Issuing officer's signature*
E. Copple, Deputy Clerk

City and state: Grand Rapids, MI

Joseph G. Scoville, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/31/11, and the person was arrested on *(date)* 4/19/11
at *(city and state)* BATTLE CREEK, MI.

Date: 4/19/11

*Arresting officer's signature*

SIA THOMAS BURNS
*Printed name and title*